## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jill Mancini,                                          :
                          Appellant        :
                                                      :
                    v.                               :
                                                      :
County of Northampton Personnel       :
Appeals Board                              :          No. 1292 C.D. 2022

**PER CURIAM**                    **O R D E R**

    NOW, August 8, 2024, having considered Appellant's application for reconsideration/reargument, the application is DENIED.